M. P. No. 968. GERALD M. LACHAPELLE *v.* SUPERIOR COURT. Petition for writ of certiorari denied. *Gerald M. Lachapelle*, petitioner, pro se. *Herbert F. DeSimone*, Attorney General, *Donald P. Ryan*, Asst. Attorney General, for respondent.

M. P. No. 1013. GUSTAV JOHNSON *et al. v.* MAX BRODSKY *d/b/a* EASTERN SCIENTIFIC Co. *et al. v.* GUSTAV JOHNSON. Defendants' petition for writ of certiorari denied. *Graham, Reid, Ewing & Stapleton, James A. Jackson, John F. Leddy*, of counsel, *Sanford H. Gorodetsky*, for plaintiffs-appellees. *John G. Carroll*, for defendants-appellants; *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen*, for third-party defendant.